United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GELACIO VELAZQUEZ-SALDIERNA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-04311 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Respondents. | § § § | |

## ORDER

Pending is a petition by Petitioner Gelacio Velazquez-Saldierna for a writ of *habeas corpus*. Dkt 1. Prior order directed the Government to show cause with a filing establishing the propriety of Petitioner's continued detention. Dkt 4 at 2. It filed a motion to dismiss or, alternatively, for summary judgment in response. Dkt 5.

Petitioner on reply raises additional argument concerning an intervening decision by the Central District of California in *Immigration Center for Women and Children v Noem*, which (i) certifies nationwide classes of certain visa applicants, and (ii) stays Government policies regarding enforcement of immigration laws against such applicants. See Dkt 6 at 5–9.

The Government is ORDERED to further respond by June 26, 2026, to specifically address the potential impact of that decision on the lawfulness of Petitioner's detention.

SO ORDERED.

Signed on June 22, 2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge