United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GELACIO VELAZQUEZ-SALDIERNA, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-04311 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| GABRIEL MARTINEZ, *et al*, | § | |
| Respondents. | § | |

### ORDER ON DISMISSAL

Petitioner Gelacio Velazquez-Saldierna filed a petition for writ of *habeas corpus* on May 29, 2026. The Government was ordered to show cause with a filing establishing the propriety of Petitioner's continued detention, and Petitioner was given opportunity to reply. Dkt 4 at 2. In response, the Government filed a motion to dismiss or, alternatively, for summary judgment. See Dkt 5.

On July 2, 2026, the Fifth Circuit issued a decision with respect to the constitutionality of detention under 8 USC §1225(b)(2)(A). See *Sosnava Rodriguez*, 2026 WL 1906557. The Government was ordered to state its position as to the impact of that decision on the lawfulness of Petitioner's detention. Dkt 10.

Pending is an advisory by the Government in that regard. Dkt 11. It notes that on July 10, 2026, *Sosnava Rodriguez* was vacated pending rehearing *en banc*. Dkt 11 at 1; see also *Sosnava Rodriguez v Ortega*, 2026 WL 2014647, *1 (5th Cir). But it further states that on July 13, 2026, an immigration judge ordered Petitioner released on bond in the amount of $15,000.00. Dkt 11 at 2; see also Dkt 11-2 (order). It thus concludes that the petition may be denied as moot. Dkt 11 at 2.

The challenged detention having now concluded, no live claims remain in this action.

The petition for writ of *habeas corpus* and motion for summary judgment are DENIED AS MOOT. Dkts 1 & 5.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on __July 16, 2026__ , at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge

2